FILED

Robert Green
435 W. Los Feliz Road #242
Glendale, CA 91204
310-475-1231
In Pro Per

2023 NOV 20  PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____**rsm**_____

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### 2:23-CV-09842-GW-JCx

GGIF Glendale, LLC .

                    Plaintiff,

        vs.

Robert Green

                    Defendant

| |
|---|
| Civil Action No._____ |
| **NOTICE OF REMOVAL** |
| **UNDER 28 U.S.C. §§  1331, and 1441** |
| |
| **SUPERIOR COURT OF CA** |
| **CASE #** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD

Please take notice that Robert Green ("Defendant") hereby removes to this Court the above captioned action described further below:

I.      THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On 12/20/2022, GGIF Glendale, LLC ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled

**GGIF Glendale,LLC VS Robert Green**

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. 1446(b).

2. No Previous request has been made for the relief requested.

3. The superior Court of California for the County of Orange is located with this District of California. See 28 U.S.C. 84(c)(1). Thus, venue is proper in this court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. 1441(a).

4. This action is removable to the instant Court because it originally could have been filed in this court pursuant to 28 U.S.C. 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. 1367.

## II.    FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. 1331 AND 1441

5. The complaint for Unlawful Detainer was filed by the plaintiff for non-payment of rent. However, Defendant with held rent due to Plaintiff discriminating against defendant by violating **Fair Housing Act** and **42 U.S.C. 3604 (f)(3)(A)** by refusing to permit, reasonable modification of the premises necessary to afford full enjoyment of the premises to Defendants roommate and co-tenant who is physically handicapped.

6. The Defendant and co-tenant has also been discriminated against due to the building ***NOT*** being up to code by violating

    A. **42 U.S.C. 3604 (f)(3)(C)(ii)**- stating all doors… within such dwellings are sufficiently wide to allow passage by handicapped persons in wheelchairs;

B. **42 U.S.C. 3604 (f)(3)(C)(II)** – stating light switches, electrical outlets, thermostats, and other environmental controls in be accessible locations;

C. **42 U.S.C. 3604 (f)(3)(C)(III)** – stating reinforcements in bathroom walls to allow later installation of grab bars;

D. **42 U.S.C. 3604 (f)(3)(C)(IV)** – stating that usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space

7. Federal question jurisdiction exists because Defendants pleading depend on the determination of Defendants' rights and Plaintiff's duties under federal law. Wherefore, Robert Green, respectfully removes this action from the California Superior Court for the County of Orange to this Court pursuant to 28 United States code Sections 1331 and 1441.

Dated: 11/20/2023

*Robert Green*

Robert Green

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF Los Angeles

I reside in the county of Los Angeles State of California.

I am over the age of 18 and not a party of the within action; my address is 6319 San Joaquin Plaza, Newport Beach, CA 92660.

On 11/20/2023_____, I served the **Notice of Removal Of Case to Federal Court Pursuant to 28 U.S.C. 1331 AND 1446** on behalf of Robert Green on by placing a copy thereof enclosed in a sealed envelope addressed as follows:

> Law Offices Of Chris Evans
> Kimball, Tirey & St. John LLP
> 915 Wilshire Blvd, Suite 1650
> Los Angeles, CA 90017

_XX_ (BY MAIL) By placing the envelope for collection and mailing on the date shown above. I am readily familiar with the practice at the residence or business address above for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in a sealed envelope with postage fully prepared.

____ (BY PERSONAL SERVICE) I personally delivered by hand such envelope to the offices of the addressee.

____ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax numbers provided. The fax machine reported no error that I sued. A copy of the record of the fax transmission, which I printed out , is attached.

____ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight carrier and addressed to the person(s) as the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on 11/18/2023 at Los Angeles, California

I declare under penalty of perjury under the laws for the State of California that the above is true and correct.

_Brian Jones_
Brian Jones